# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CHARLES S. MARK & SHEILA MARK  Case Number: 05-77937
7806 MILDRED DR.  SSN-xxx-xx-3226 & xxx-xx-8808
MACHESNEY PARK, IL  61115

Case filed on: 12/20/2005
Plan Confirmed on: 4/28/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,302.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 4,087.20 | 4,087.20 | 4,087.20 | 0.00 |
|  | Total Legal | 4,087.20 | 4,087.20 | 4,087.20 | 0.00 |
| 015 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CHARLES S. MARK | 0.00 | 0.00 | 278.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 278.00 | 0.00 |
| 001 | BENEFICIAL ILLINOIS INC | 964.00 | 964.00 | 964.00 | 0.00 |
| 002 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | JP MORGAN CHASE BANK NA | 6,436.90 | 4,950.00 | 4,950.00 | 0.00 |
| 005 | MIDWEST TITLE LOANS | 1,157.57 | 1,045.00 | 670.81 | 97.19 |
|  | Total Secured | 8,558.47 | 6,959.00 | 6,584.81 | 97.19 |
| 004 | UNITED CONSUMER FINANCIAL SERVICES | 1,209.23 | 1,209.23 | 511.52 | 78.38 |
| 005 | MIDWEST TITLE LOANS | 0.00 | 112.57 | 46.76 | 8.84 |
| 006 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROCKFORD MERCANTILE AGENCY INC | 2,158.22 | 2,158.22 | 906.86 | 151.15 |
| 008 | CAPITAL ONE | 644.60 | 644.60 | 270.83 | 45.19 |
| 009 | C.B. ACCOUNTS | 107.00 | 107.00 | 44.45 | 8.38 |
| 010 | B-REAL LLC | 455.07 | 455.07 | 198.80 | 17.87 |
| 011 | DR. KK LAKHANI | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FRED & SHERRIELL MARK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS BANKRUPTCY SERVICE | 369.66 | 369.66 | 161.54 | 14.43 |
| 014 | CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ORTHOPEDIC ASSOC OF NORTHERN IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | C.B. ACCOUNTS | 143.39 | 143.39 | 59.50 | 11.44 |
| 020 | ACCOUNT RECOVERY SERVICES | 196.87 | 196.87 | 85.95 | 7.83 |
| 021 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CREDITORS BANKRUPTCY SERVICE | 379.30 | 379.30 | 165.77 | 14.77 |
| 024 | CREDITORS PROTECTION SERVICE, INC | 1,114.44 | 1,114.44 | 468.27 | 78.01 |
|  | Total Unsecured | 6,777.78 | 6,890.35 | 2,920.25 | 436.29 |
|  | Grand Total: | 19,423.45 | 17,936.55 | 13,870.26 | 533.48 |

Total Paid Claimant:        $14,403.74
Trustee Allowance:          $898.26          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     42.38            discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan